## Commonwealth *v.* Carter, Appellant.

Submitted November 9, 1970. *Fred E. Baxter, Jr.,* and *John J. Dean,* Assistant Public Defenders, for appellant; *Carol Mary Los,* Assistant District Attorney; and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.